ADRIAN O. VANDERVORT, Appellant, v. THE CITY OF TROY and Others, Respondents.— Decision* amended to read as follows: Order unanimously affirmed, as a matter of law and not in the exercise of discretion, with ten dollars costs and disbursements. Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: 1. Is the location of the garbage incineration plant, referred to in the complaint, the location of a public building or public open place in the city of Troy, within the meaning of section 236 of the General Municipal Law? † 2. Is the location of the garbage incineration plant, referred to in the complaint, without reference to the planning commission of the city of Troy, an illegal official act by the city of Troy and its defendant officers, or some of them? ‡ 3. Does the complaint state facts sufficient to

---

* See *ante*, p. 707.— [REP.

† Added by Laws of 1913, chap. 699.— [REP.

‡ See Gen. Mun. Law, § 51; 130 Misc. 151.— [REP.

constitute a cause of action?    Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of MICHELE ANDOLINA, Respondent, against UNION STEVEDORING CORPORATION, Appellant.    STATE INDUSTRIAL BOARD, Respondent. — Motion denied.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of THOMAS EATON, Respondent, against LINCOLN SAFE DEPOSIT COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Motion denied.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of SALVATORE DI IONNA, Respondent, against THE TERRY & TENCH CO., INC., and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Motion denied.    Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.